**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SECURITIES AMERICA, INC.,

    Plaintiff(s),

v.

CHRISTOPHER J. PHILLIPS, individually, and as trustee of THE ANGELA MARIE MOBLEY TRUST DTD 04/14/2008; LARRY MOBLEY LIVING TRUST 01/17/14; THE DEBRA DEMASTI TRUST 01/17/14; and DOES 1 through 30, inclusive,

    Defendant(s).

2:23-cv-01327-JAD-VCF

**ORDER**

Before the court is *Securities America, Inc. v. Christopher J. Phillips, et al.*, case number 2:23-cv-1327-JAD-VCF.

Plaintiff has filed a certificate of interested parties and a response to the order to show cause. See ECF Nos. 5, 6. Plaintiff has satisfied the requirements of LR 7.1-1.

Accordingly,

IT IS HEREBY ORDERED that the in-person show cause hearing scheduled for 11:00 AM, October 6, 2023, is VACATED.

DATED this 4th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE